Julie A. Philippi, SBN 166108
14895 Bear Valley Road, Suite B
Hesperia, CA 92345-1678
Telephone: 760-948-3138
Facsimile: 760-948-1337
Email: juliephilippi@aol.com

Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| Re:<br><br>OSCAR LOPEZ and CARMEN LOPEZ,<br><br><br><br>Debtor(s) | Chapter: 13<br>Case No.: 6:09-bk-32043 MJ<br><br>APPLICATION FOR SUPPLEMENTAL FEES |

TO THE HONORABLE BANKRUPTCY JUDGE:

Applicant is counsel of record for the above named Debtor(s) who is under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of $ 4,500.00. No supplemental fees have been awarded. Total fees awarded to date are $ 4,500.00. Additional pending supplemental fee applications amount to $ 0.00.

Since confirmation of said Plan, Applicant has performed certain extraordinary services at the request of the Debtor as follows:

| Date | Activity | Fee |
|---|---|---|
| 03/02/10 | Motion for Relief Resolved by Stipulation for APO | $ 400.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ 400.00 |

The Rights and Responsibilities Agreement filed in this matter states that additional fees for additional services shall be charged at $300.00 per hour. The Attorney has not received any additional fees from the debtor for the above activities. The reasonable value of said service is $ 400.00 of which $ 0.00 has been paid.

WHEREFORE, your applicant prays that an allowance be made in the sum of $ 400.00 .

Dated: 3/12/10

_____
Julie A. Philippi, Attorney for Debtor(s)

| In re: | CHAPTER: 13 |
|---|---|
| Oscar Lopez<br>Carmen Lopez<br>                                     Debtor(s). | CASE NUMBER: **6:09-bk-32043MJ** |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**14895 Bear Valley Rd., Ste B
Hesperia, CA 92345-1678**

A true and correct copy of the foregoing document described as __APPLICATION FOR SUPPLEMENTAL FEES__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __MARCH 12, 2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Rod Danielson
Chapter 13 Trustee
4361 Latham St #270
Riverside CA 92501**

**Oscar & Carmen Lopez
12824 Mountain Shadows Ct.
Victorville, CA 92392**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Judge Meredith Jury**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 12, 2010 | Angela Hampton | _/s/ Angela Hampton_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 9013-3.1
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy